**Eva M. WRIGHT, Widow of Clarence M. Wright, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Sea "B" Mining Company, Respondents.**

No. 00–2083.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2001.

Decided June 18, 2001.

Eva Wright, pro se. Christian P. Barber, Sarah Marie Hurley, United States Department of Labor, Washington, DC; Timothy Ward Gresham, Penn, Stuart & Eskridge, Abingdon, VA, for respondents.

Before WIDENER, WILKINS, and KING, Circuit Judges.

PER CURIAM.

Eva Wright seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Wright v. DOWCP*, Nos. 99–976–BLA; 99–176–BLA. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*